IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY LYNN BRADLEY, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:14-CV-3229-M |
| | § | |
| JOHN KELLY, Director, | § | |
| Avalon Transitional Center-Dallas, | § | |
| | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

ORDERED this 8TH day of ~~April~~ May, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE